# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:13-cr-00083-JCM-CWH |
| vs. ) | **ORDER** |
| DERRICK PHELPS, et al., ) | |
| Defendants. ) | |

This matter is before the Court on Defendant Linda Mack's Motion for Joinder (#53), filed November 21, 2013, and Motion for Joinder (#62), filed December 11, 2013.  The motions for joinder will be granted and Defendant Mack's arguments will be considered in conjunction with the various motion to which she joins.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Linda Mack's Motion for Joinder (#53) is **granted**.

**IT IS FURTHER ORDERED** that Defendant Linda Mack's Motion for Joinder (#62) is **granted**.

DATED: December 18, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**