✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

DEC - 2 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:13-CR-083-JCM-(CWH) |
| DERRICK PHELPS, ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

This Court found on April 21, 2014, that DERRICK PHELPS shall pay the criminal forfeiture money judgment of $6,167,324.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 92; Plea Agreement, ECF No. 94; Order of Forfeiture, ECF No. 95.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DERRICK PHELPS the criminal forfeiture money judgment in the amount of $6,167,324.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

. . .

United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this ___ day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE