1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-83 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| DERRICK PHELPS, et al., | |
| Defendant(s). | |

Presently before the court are the motions in limine (ECF Nos. 235, 246) and the motion to exclude expert testimony (ECF No. 234) filed by the government against defendants Derrick Phelps, Cynthia Phelps, Linda Mack, Tai Keyster, and Daryll Reese.

All defendants have pled guilty in this case.  (ECF Nos. 92, 238, 245, and 253).  Therefore, these motions (ECF Nos. 234, 235, and 246) are moot, and will be dismissed.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion to exclude expert testimony (ECF No. 234) and motions in limine (ECF Nos. 235, 246) be, and the same hereby are, DISMISSED as moot.

DATED August 29, 2016.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge