DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *DERRICK PHELPS*

RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *CYNTHIA PHELPS*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DERRICK PHELPS, CYNTHIA PHELPS, Defendants. | 2:13-CR-083-JCM-CWH |

### STIPULATION TO CLARIFY WAIVER OF SUPERVISED RELEASE CONDITION OF DRUG TESTING AND ORDER

**IT IS HEREBY STIPULATED and AGREED** by and between Tony Lopez, Esq., Assistant United States Attorney, and David Z. Chesnoff, Esq., Attorney for Defendant Derrick Phelps, and Richard A. Schonfeld, Esq., Attorney for Defendant Cynthia Phelps, that the Honorable Court enter an Order clarifying that at the time of sentencing on December 2, 2014, the Court waived the condition of Supervised Release that would have required drug testing.

///

This Stipulation is entered into for the following reasons:

1. At Defendants' Sentencing hearing on December 2, 2014, the court waived the condition of drug testing for both Defendants. *See* ECF 188, p. 84, lines 6-20.

2. Said Defendants' Judgments of Conviction do not reflect that the condition regarding drug testing is waived. *See* ECF 174, p. 3 and ECF 179, p. 3.

3. Both Defendants have now been released from BOP custody.

4. On April 22, 2020, counsel Robert DeMarco, associate attorney with the law firm of Chesnoff & Schonfeld, spoke with United States Probation Officer Donnette Johnson via telephone and provided the above citation to the Sentencing transcript, however, Officer Johnson indicated that United States Probation would need either an Amended Judgment or a court order clarifying that the drug testing condition is waived for both Defendants.

5. The Judgments can be corrected pursuant to Fed. R. Crim. P. 36, or this Honorable Court can enter an order consistent with this stipulation.

6. The government has no objection to this request.

**DATED** this 27th day of April, 2020.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ Tony Lopez | /s/ David Z. Chesnoff |
| TONY LOPEZ, AUSA | DAVID Z. CHESNOFF, ESQ. |
| 501 Las Vegas Blvd. South | 520 South Fourth Street |
| Suite 1100 | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89101 | Attorney for Defendant |
| Attorney for Plaintiff | Derrick Phelps |

CHESNOFF & SCHONFELD

/s/ Richard A. Schonfeld
RICHARD A. SCHONFELD, ESQ.
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant
Cynthia Phelps

**ORDER**

    **IT IS HEREBY ORDERED,** that with good cause appearing, the Supervised Release condition of drug testing is waived for Defendants Derrick Phelps and Cynthia Phelps.

    The court finds that it previously waived said condition at Defendants' Sentencing hearing on December 2, 2014. *See* ECF 188, p. 84, lines 6-20.

    **IT IS FURTHER ORDERED** that Defendants' Judgments of Conviction shall be amended accordingly pursuant to Fed. R. Crim. P. 36.

    **IT IS SO ORDERED.**

Dated April 27, 2020.

                                    HONORABLE JAMES C. MAHAN
                                    UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted:

CHESNOFF & SCHONFELD

  /s/   David Z. Chesnoff
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
Attorney for Defendant, *DERRICK PHELPS*

  /s/   Richard A. Schonfeld
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
Attorney for Defendant, *CYNTHIA PHELPS*