Form 12 - Travel
D/NV Form
Rev. June 2014

## United States District Court
## for
## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Derrick Phelps**

Case Number: **2:13CR00083**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **December 2, 2014**

Original Offense: **Conspiracy to Commit Bank Fraud, Mail Fraud, and Wire Fraud; Bank Fraud**

Original Sentence: **70 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **April 17, 2020**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## SUMMARY

On December 2, 2014, Derrick Phelps was sentenced to a term of 70 months imprisonment followed by five (5) years of supervised release for committing the offense of Conspiracy to Commit Bank Fraud, Mail Fraud, and Wire Fraud; and Bank Fraud. On April 17, 2020, Phelps commenced his supervised release term in the District of Nevada.

Phelps is requesting travel to Bogota, Columbia on November 15, 2023, returning on November 29, 2023. Phelps plans to travel to Columbia to facilitate business production partnerships for lower costs on behalf of his contracted business partner/employer, LV Iron & Steel. If approved, Phelps intends to purchase flights. Additionally, Phelps plans to stay at the Sonesta Hotel Bogota in Bogota, Cundinamerca, Columbia for the duration of his travel. Phelps is in compliance with his supervised release conditions. It should be noted that Phelps has remained consistent with his $1,000.00 monthly payments towards his restitution for the past six (6) months. Phelps is currently being supervised on the low-risk caseload.

At this time, our office is not opposed to Phelps' international travel request given his compliance. Additionally, our office respectfully requests approval of the Court for Phelps'

**RE: Derrick Phelps**

Form 12 - Travel
D/NV Form
Rev. June 2014

request to travel outside of the country. Should the Court have any questions, the Probation Office will be available at the Court's convenience.

Respectfully submitted,

_____
Briana Casey
United States Probation Officer Assistant

Approved:

_____
Joy Gabonia
Supervisory United States Probation Officer

___

***THE COURT ORDERS***

___

X     Requested Travel is Approved

☐     Requested Travel is Denied

☐     Other

_____
Signature of Judicial Officer
October 4, 2023
_____
Date