# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>DERRICK PHELPS,<br>    Defendant. | Case No. 2:13-cr-00083-JCM-NJK<br>**Order**<br>[Docket Nos. 331, 332] |

Pending before the Court is Defendant Derrick Phelps's motion to quash or modify writ of execution. Docket No. 331. Also pending before the Court is Plaintiff's motion to vacate writ of execution. Docket No. 332.

Accordingly, the Court **GRANTS** Plaintiff's motion to vacate writ of execution. Docket No. 332. The writ of execution issued to LV Wrought Iron & Steel Inc. is hereby dissolved. Further, the Court **DENIES** as moot Defendant's motion to quash or modify the writ of execution. Docket No. 331.

IT IS SO ORDERED.

Dated: November 18, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1